# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

JAN HAGGINS and  
TENDAI HAGGINS,  
    Plaintiffs,  
v.                                    Case No. CV615-039

CARRINGTON MORTGAGE  
SERVICES, LLC and  
MORTGAGE ELECTRONIC  
REGISTRATION SYSTEMS, INC,  
    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiffs and counsel for defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than June 9, 2015. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable J. Randal Hall, United States District Judge, on June 10, 2015. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this   26th   day of May, 2015.

/s/ G.R. Smith  
UNITED STATES MAGISTRATE JUDGE  
SOUTHERN DISTRICT OF GEORGIA