# United States District Court
## Southern District of Georgia

JAN HAGGINS and TENDAI HAGGINS,

    Plaintiffs,

                      V.

CARRINGTON MORTGAGE SERVICES, LLC and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV615-039

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 17, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' motion to dismiss with prejudice is GRANTED and this action stands CLOSED.

June 17, 2015  
Date



Scott L. Poff  
Clerk

_(By) Deputy Clerk_