# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV615-039 |
| JAN HAGGINS and TENDAI HAGGINS, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs' motion to vacate (doc. 11) is **DENIED** as frivolous.

**SO ORDERED,** this  26th  day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA